ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Email: Alan.Lazarus@dbr.com
Email: Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN WILLIAMS, MARJORIE WILLIAMS, PAUL WILLIAMS JR., HUGH WILSON, DORIS WRIGHT, ADA YATES, EMMANUEL YORKE, LENA YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION,<br><br>Defendants. | Case No.<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 3-13]** |

Pursuant to Civil L.R. 3-13, defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") submits the following Notice of Pendency of Other Action or Proceeding:

On October 16, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, directing that then-pending Avandia®-related cases be transferred and coordinated for pretrial proceedings in the United States District Court for the Eastern District of Pennsylvania, before the Honorable Cynthia M. Rufe, pursuant to 28 U.S.C.

§1407. To date, over 100 cases have been transferred to MDL 1871, and transfers of additional "tag-along" actions are pending. GSK seeks the transfer of this action to MDL 1871. Pursuant to Civil L.R. 3-13, GSK therefore respectfully requests that this Court stay this action, pending a decision on transfer by the JPML, to achieve judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve judicial resources, and promote an efficient determination of the action.

Please take note that, in addition to MDL 1871, the following state court actions also allege marketing, sales practice and/or product liability claims against SmithKline Beecham Corporation d/b/a GlaxoSmithKline, related to the use of the prescription drug Avandia:

1. *Albert, Henry Jr. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, Case No. not yet assigned;

2. *Arendall, Michael v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, Case No. not yet assigned;

3. *Bane, June v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

4. *Barnes, Sydney, Barnes, Sue Ellen v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

5. *Burford, Karen v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

6. *Bosak, Kenneth, Bosak, Patricia v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 000521;

7. *Bryant, Louis v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*,

Court of Common Pleas, Philadelphia County, Case No. not yet assigned;

    8.    *Carrassquillo, Jose v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

    9.    *Cearley, Travis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003877;

    10.    *Fabyankovic, Janet v. SmithKline Beecham Corporation, McKesson Corporation and Does 1 through 15*, Superior Court for the State of California, San Francisco County, No. 08-471571;

    11.    *Fox, Deana v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

    12.    *Frensky, Richard v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

    13.    *Garcia, Yolanda v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 001967;

    14.    *Greer, Betty, individually and as Administrator of the Estate of Ernest Greer v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, Case No. not yet assigned;

    15.    *Hall, Charles, Hall Susan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002712;

    16.    *Hall, Clarence v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Marion County Superior Court, Indiana, No. 49013 08 03 CT 013930;

    17.    *Kelley, Terry v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004390;

    18.    *Kelly, Joseph v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Supreme Court of the State of

Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400656\1

1  New York, Erie County, No. 12007-11066;

2      19.    *Kennedy, Karen v. SmithKline Beecham Corporation d/b/a*

3  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 00391;

4      20.    *Killinger, Cheryl v. SmithKline Beecham Corporation d/b/a*

5  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

6  only);

7      21.    *Kozar, Agnes, Kozar, Francis A. (Estate of) v. GlaxoSmithKline, PLC*,

8  Court of Common Pleas, Philadelphia County, No. 004897;

9      22.    *Lackey, David v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,*

10  *et al.*, St. Charles Parish District Court, Louisiana, No. 67, 642-D, Div. D;

11      23.    *Lipski, Henry v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*,

12  Court of Common Pleas, Philadelphia County, No. 002966;

13      24.    *Long, Barbara v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*,

14  Court of Common Pleas, Philadelphia County (Writ of Summons only);

15      25.    *Massey, Barbara v. SmithKline Beecham Corporation d/b/a*

16  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

17  only);

18      26.    *Mauro, Betty v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*,

19  Court of Common Pleas, Philadelphia County, No. 001141;

20      27.    *McClure, Benjamin, McClure, Susan v. SmithKline Beecham Corp. d/b/a*

21  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004431;

22      28.    *Mick, Renee v. GlaxoSmithKline PLC, Rite Aid Pharmacy, and Rite Aid of*

23  *New York, Inc.*, Niagara County Supreme Court, New York, No. 132826;

24      29.    *Moon, Charles v. SmithKline Beecham Corporation d/b/a*

25  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

26  only);

27      30.    *Newcomb, Wilbert v. SmithKline Beecham Corporation d/b/a*

28  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, Case No. not yet

assigned;

31. *Parks, Josephine v. SmithKline Beecham Corporation, et al.*, Court of Common Pleas, Philadelphia County, No. 001670;

32. *Perrenot, Preston v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002454;

33. *Richmond, Fred v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, Case No. not yet assigned;

34. *Scheffler, Frank v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

35. *Self, Joe v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002457;

36. *Tartack, Nancy, Tartack, Louis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004010;

37. *Thomas, Samuel, Thomas Ruth Ann v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002483;

38. *Walker, Juliet v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 001054;

39. *Walls, Stephen v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

40. *White, Glenn v. SmithKline Beecham Corp., GlaxoSmithKline, and SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003674;

41. *Williams, Adam v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Commonwealth of Kentucky, 11th Judicial Circuit, No. 08-CI-00089;

28. 42. *Wright, Michelle v. SmithKline Beecham Corporation d/b/a*

*GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

43. *Yeager, Elizabeth, et al. v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004055;

44. *Yogus, William, Yogus, Barbara v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003669; and

45. *Yubeta, George v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 000466.

Dated: May 27, 2008

DRINKER BIDDLE & REATH LLP

KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400656\1