ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Email: Alan.Lazarus@dbr.com
Email: Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

ORIGINAL FILED
E-filing
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN WILLIAMS, MARJORIE WILLIAMS, PAUL WILLIAMS JR., HUGH WILSON, DORIS WRIGHT, ADA YATES, EMMANUEL YORKE, LENA YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION,<br><br>Defendants. | Case No. 08 2666<br><br>**DISCLOSURE STATEMENT OF SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE [F.R.C.P. 7.1]** |

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400665\1

DISCLOSURE STATEMENT OF SMITHKLINE BEECHAM CORPORATION                    CASE NO.

1

2  Dated: May 27, 2008                    DRINKER BIDDLE & REATH LLP

3

4                                         _____
                                          KRISTA L. COSNER
5
                                          Attorneys for Defendant
6                                         SMITHKLINE BEECHAM
                                          CORPORATION d/b/a
7                                         GLAXOSMITHKLINE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28