1  ALAN J. LAZARUS (State Bar No. 129767)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   Email: Alan.Lazarus@dbr.com
5  Email: Krista.Cosner@dbr.com

6  Attorneys for Defendant
   SMITHKLINE BEECHAM CORPORATION d/b/a
7  GLAXOSMITHKLINE

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ALLEN WILLIAMS, MARJORIE                 Case No.
   WILLIAMS, PAUL WILLIAMS JR.,
12 HUGH WILSON, DORIS WRIGHT, ADA          **DEFENDANT'S CERTIFICATION OF
   YATES, EMMANUEL YORKE, LENA             INTERESTED ENTITIES OR
13 YOUNG,                                  PERSONS [CIV. L.R. 3-16]**

14              Plaintiffs,

15        v.

16 SMITHKLINE BEECHAM
   CORPORATION d/b/a
17 GLAXOSMITHKLINE and MCKESSON
   CORPORATION,
18
                Defendants.
19

20

21        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

22 persons, associations of persons, firms, partnerships, corporations (including parent

23 corporations) or other entities (i) have a financial interest in the subject matter in

24 controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

25 subject matter or in a party that could be substantially affected by the outcome of this

26 proceeding:

27        Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a

28 GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400658\1       DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS       CASE NO.

1 | ultimate parent corporation.

2

3 | Dated: May 27, 2008                                  DRINKER BIDDLE & REATH LLP

4

5 |                                                                      KRISTA L. COSNER

6 |                                                                      Attorneys for Defendant
                                                                              SMITHKLINE BEECHAM
7 |                                                                      CORPORATION d/b/a
                                                                              GLAXOSMITHKLINE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\400658\1            DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS            CASE NO.