IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLEN WILLIAMS, et al.,
    Plaintiff(s),

v.

SMITHKLINE BEECHAM CORP., et al.,
    Defendant(s).
                                     /

No. C-08-2666-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **September 19, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:     June 13, 2008                                            FOR THE COURT,

                                                                  Richard W. Wieking, Clerk

                                                                  By: T. De Martini
                                                                      Courtroom Deputy Clerk

United States District Court
For the Northern District of California