```
1   ALAN J. LAZARUS (State Bar No. 129767)
    KRISTA L. COSNER (State Bar No. 213338)
2   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
3   San Francisco, California  94105
    Telephone: (415) 591-7500
4   Facsimile: (415) 591-7510
    Alan.Lazarus@dbr.com
5   Krista.Cosner@dbr.com

6   Attorneys for Defendants
    SMITHKLINE BEECHAM CORPORATION d/b/a
7   GLAXOSMITHKLINE and McKESSON
    CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLEN WILLIAMS, MARJORIE WILLIAMS, PAUL WILLIAMS JR., HUGH WILSON, DORIS WRIGHT, ADA YATES, EMMANUEL YORKE, LENA YOUNG,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>　　　　Defendants. | Case No. C-08-02666 SC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendants SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson) (collectively "Defendants") may move, answer, or otherwise respond to Plaintiffs' Complaint shall be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.) before the Honorable Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania.[1]

Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any deadline already fixed by the Court require court approval. Although the parties believe this stipulation will have no such effect, to the extent that it does, the parties request that this Court approve the proposed order below, allowing the time frame for Defendants to move, answer, or otherwise respond to Plaintiffs' Complaint to be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.).

IT IS SO STIPULATED:

Dated: June 13, 2008                           DRINKER BIDDLE & REATH LLP

*/S/ Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and
McKESSON CORPORATION

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits transfer by the Judicial Panel on Multidistrict Litigation.

1  Dated: June 13, 2008                              THE MILLER FIRM, LLLC

                                                    */S/ David C. Andersen*
                                                    DAVID C. ANDERSEN (Bar No. 194095)
                                                    KRISTINA M. GIGSTAD

                                                    Attorney for Plaintiffs

    Pursuant to stipulation, IT IS SO ORDERED:

Dated: June __, 2008

                                                    _____
                                                    United States District Court, Northern
                                                    District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401304\1

3

STIPULATION AND ORDER EXTENDING DFDTS' TIME TO RESPOND TO COMPLAINT     CASE NO. C-08-02666 SC